# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1402

_____

MICHAEL DAVID GINSBERG,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Ronald W. Flury, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED. *Whitfield v. Dep't of Corr.*, 107 So. 3d 1210 (Fla. 1st DCA 2013).

RAY, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael David Ginsberg, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellee.